973 A.2d 380

IN THE HATTER OF ANDREW J. BREKUS,
AN ATTORNEY AT LAW.

July 2, 2009.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 08–301, concluding that **ANDREW J. BREKUS of NEWTOWN SQUARE, PENNSYLVANIA,** who was admitted to the bar of this State in 1986, should be censured for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), and *RPC* 1.4(b) (failure to explain the matter to the extent reasonably necessary to permit the client to make informed decisions regarding the representation), and good cause appearing;

It is ORDERED that **ANDREW J. BREKUS** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.